JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| KING TACO RESTAURANT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO TABARES, individually and doing business as THE KING TACO; THE KING TACO, a business entity of unknown form; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 14-2242-GW(SPx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS GILBERTO TABARES AND THE KING TACO** |
|---|---|

**ORDER FOR FINAL JUDGMENT AND PERMANENT INJUNCTION**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

This Court, having reviewed the Stipulation for Entry of Final Judgment and Permanent Injunction submitted by the Parties to this Action, and good cause appearing therefore, IT IS HEREBY ORDERED that Final Judgment and Permanent Injunction be entered against Defendants Gilberto Tabares and The King Taco (collectively, "Defendants") as follows:

# FINAL JUDGMENT AND PERMANENT INJUNCTION

1. This Court has jurisdiction over the subject matter of the above-captioned lawsuit.

2. This Court has personal jurisdiction over Defendants.

3. Plaintiff King Taco Restaurant, Inc. ("Plaintiff") is the owner of federally registered trademarks, United States Patent and Trademark Office Registration Nos. 2,838,200, 2,838,199, and 2,853,050 (hereinafter collectively referred to as the "King Taco Trademarks").

4. Defendants are ordered to pay Plaintiff damages in the amount of $56,330.56, costs of suit in the amount of $1,161.84, and attorneys' fees in the amount of $15,477.50, for a total of **$72,969.90**.

5. Defendants are permanently enjoined from:

    a. Using the King Taco Trademarks in connection with Defendants' goods, marketing, advertising, or promotional materials, or otherwise in connection with Defendants' business;

    b. Using confusingly similar variations of the King Taco Trademarks causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods or services;

    c. Otherwise infringing the King Taco Trademarks;

    d. Falsely designating the origin of Defendants' goods; and/or

    e. Causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods or services.

6. The Court shall retain jurisdiction over Defendants to determine enforcement of the terms of Final Judgment and Permanent Injunction.

7. Plaintiff is permitted to conduct reasonable post-judgment discovery to monitor Defendants' compliance with Paragraph 5 of this Final Judgment and Permanent Injunction.

8. There being no just reason for delay, the clerk is directed to enter this Judgment of Permanent Injunction.

Dated: June 26, 2015

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE